IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED _____
LOGGED _____ RECEIVED _____

NOV 0 4 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**UNITED STATES OF AMERICA**

vs.

**Evgenii Ptitsyn**

Case No. 8:24-cr-00154-TDC

\* \* \* \* \* \*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Courtney Francik_, and the Government was represented by Assistant United States Attorney _Aaron Zelinsky_, it is

**ORDERED**, this _4_ day of _November_, 2024, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
J. Mark Coulson
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement